the stay as he may be advised. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

Ciro Mennella, Respondent, v. Munson Steamship Line, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

Rose M. Palmer and Another, Appellants, v. Rotary Realty Co., Inc., and Others, Respondents.— Motion for reargument denied. Present — Kelly, P. J., Jaycox, Manning and Lazansky, JJ.; Kapper, J., taking no part.

Rose M. Palmer and Another, Plaintiffs, v. Rotary Realty Co., Inc., and Others, Defendants.— Motion for final judgment under section 584 of the Civil Practice Act denied. Present — Kelly, P. J., Jaycox, Manning and Lazansky, JJ.; Kapper, J., taking no part.

Domenick Polumbo, as Administrator, etc., of Frances Polumbo, Deceased, Respondent, v. Grace A. Andrews, etc., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

Charles L. Pope, Appellant, v. Gregory J. Battcock and Others, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

The People of the State of New York v. Lucy Earley, Defendant. The People of the State of New York ex rel. Elmer H. Lemon, District Attorney of Orange County, New York, Relator, for an Alternative Prohibition Order against The Supreme Court of the State of New York, A. H. F. Seeger, etc., and Others, Respondents.— Motion for stay denied. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

The People of the State of New York, Respondent, v. Invincible Paper and Pulp Corporation, Appellant.— Motion to dismiss appeal denied on condition that within ten days from the entry of the order herein appellant furnish an undertaking, with corporate surety, in the sum of $500, conditioned for the payment of the fine imposed in the event that the judgment of conviction is affirmed; otherwise, motion to dismiss appeal granted. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

The People of the State of New York ex rel. Elmer H. Lemon, District Attorney of Orange County, New York, Relator, v. The Supreme Court of the State of New York, A. H. F. Seeger, Individually and as a Justice of the Supreme Court, and Others, Respondents.— Motion granted. Alternative prohibition order made absolute. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ. Settle order on notice.

Max Rich, Respondent, v. David Present, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

Jacob Ruppert Realty Corporation, Respondent, v. Rocco Pavase, Appel-